THE PEOPLE OF THE STATE OF NEW YORK ex rel. QUEENS COUNTY WATER COMPANY, Appellant, *v.* EUGENE M. TRAVIS, as Comptroller of the State of New York, Respondent.

*People ex rel. Queens Co. Water Co.* v. *Travis*, 171 App. Div. 521, affirmed.

(Argued October 6, 1916; decided October 24, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 15, 1916, which confirmed a determination of the state comptroller refusing to revise and readjust a franchise tax imposed upon the relator for the year ending October 31, 1911. The question raised by the application for revision was whether or not, in addition to the tax imposed on the water company based upon its gross earnings from all sources during the year in question, there could lawfully be imposed an additional " tax on excess dividend " based upon the par value of the capital stock of a new corporation, the Norumbega Company, to which certain land, no longer needful for the purposes of the water company as such, had been conveyed during the same year, all of which capital stock was distributed ratably among the stockholders of the water company.

*Howard Mansfield* and *Michael D. Reilly* for appellant.

*Egburt E. Woodbury*, Attorney-General (*Sanford W. Smith* and *Franklin Kennedy* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ. Absent: WILLARD BARTLETT, Ch. J.